IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOHNNY ASBERRY, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-00092-MTT-MSH |
| | * |
| COMMISSIONER OF GEORGIA DEPARTMENT OF CORRECTIONS, et al., | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 12, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 12th day of June, 2023.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk